**DISMISS and Opinion Filed March 28, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00092-CV

## IN RE: ESTATE OF FLO DELMARENE MCCARTHY, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-18-00439-1**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court appellant's unopposed motion to dismiss the appeal because the trial court has set aside the appealed order. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230092F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN RE: ESTATE OF FLO
DELMARENE MCCARTHY,
DECEASED
No. 05-23-00092-CV

On Appeal from the Probate Court
No. 1, Dallas County, Texas
Trial Court Cause No. PR-18-00439-
1.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Goldstein
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Connie Sigel, Independent Co-Executor of the Estate of Flo Delmarene McCarthy, Deceased, recover her costs of this appeal from appellant Karen Ann Carney, Independent Co-Executor of the Estate of Flo Delmarene McCarthy, Deceased.

Judgment entered March 28, 2023

–2–